**2014–0706. State v. Johnson.**

Cuyahoga App. No. 99822. 2014-Ohio-494. On motion for delayed appeal. Motion denied.

O'Neill, J., dissents.

**2014–0757. State v. Mangan.**

Greene App. No. 2013–CA–3, 2014-Ohio-960. On motion for delayed appeal. Motion granted.

O'Connor, C.J., and Kennedy and French, JJ., dissent.

**2014–0759. State v. Carrington.**

Cuyahoga App. No. 97769, 2012-Ohio-4717. On motion for delayed appeal. Motion denied.

**2014–0770. State v. Williams.**

Cuyahoga App. No. 98778, 2013-Ohio-1988. On motion for delayed appeal. Motion denied.

**2014–0774. State v. Najeeb.**

Cuyahoga App. No. 100932. On motion for delayed appeal. Motion denied.

Lanzinger, J., dissents.

**2014–0799. In re Complaint of Corrigan v. Cleveland Elec. Illum. Co.**

Public Utilities Commission, No. 09–492–EL–CSS. On emergency motion for stay. Motion denied for failure to comply with the notice and bond requirements set forth in R.C. 4903.16.

Pfeifer and O'Neill, JJ., dissent.

O'Donnell, J., dissents and would grant the motion upon posting of bond.

**2014–0818. State v. Werber.**

Cuyahoga App. No. 100290, 2014-Ohio-609. On motion for stay of court of appeals' judgment. Motion denied.

**2014–0834. State v. Villavicencio.**

Cuyahoga App. No. 100367. On motion for stay of court of appeals' judgment. Motion denied.

O'Neill, J., dissents.